UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN JAMIE ROETHLISBERGER,

                Plaintiff,

    -against-

OXIDO CORP.

                Defendant.

**ORDER OF DEFAULT**

20 Civ. 1909 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiff commenced this action on March 3, 2020 by filing the Complaint (Dkt. No. 1);

        WHEREAS Plaintiff served Defendant on March 5, 2020 (Dkt. No. 4);

        WHEREAS Defendant has not filed an answer, moved against the Complaint, or appeared in this action (see Certificate of Default (Dkt. No. 10));

        WHEREAS this Court ordered Defendant to show cause on December 3, 2020 why a default judgment should not be entered against them (Dkt. No. 15);

        WHEREAS Plaintiff served the Order to Show Cause on Defendant on October 26, 2020 (Dkt. No. 16);

        WHEREAS Defendant filed no opposition to Plaintiff's motion for a default judgment and did not appear at the December 3, 2020 hearing;

        IT IS HEREBY ORDERED that an order of default is entered against Defendant Oxido Corporation.

        It is FURTHER ORDERED that this matter is referred to Magistrate Judge

Freeman for a report and recommendation regarding Plaintiff's request for damages and an award of attorneys' fees. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
December 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge